```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                              CIVIL ACTION
RAYABCO HOLDINGS, LLC

VERSUS                                        NO: 06-4575


MARKEL INTERNATIONAL                          SECTION: "J" (4)
INSURANCE CO.
```

**ORDER**

IT IS ORDERED that Plaintiff's Motion for Partial Summary Judgment on Statutory Remedies (Rec. Doc. 25) is **DENIED without prejudice** as premature.  The parties are free to reurge the motion at a later date closer to trial.

New Orleans, Louisiana this the 28th day of August, 2007.

*[signature]*

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1